IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Washington-Howard , Malaika S | Case Number: 08 B 13079 |
|---|---|
|  | Judge: Wedoff, Eugene R |
| Printed: 8/26/08 | Filed: 5/22/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 21, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Internal Revenue Service | Priority | 0.00 | 0.00 |
| 2. | Wells Fargo Ed Fin Servs | Unsecured | 268.21 | 0.00 |
| 3. | Cavalry Portfolio Services | Unsecured | 87.37 | 0.00 |
| 4. | United Student Aid Funds Inc | Unsecured | 233.40 | 0.00 |
| 5. | Internal Revenue Service | Unsecured | 0.00 | 0.00 |
| 6. | Sallie Mae | Unsecured | 134.11 | 0.00 |
| 7. | Credit First | Unsecured | 127.09 | 0.00 |
| 8. | Premier Bankcard | Unsecured | 48.10 | 0.00 |
| 9. | PRA Receivables Management | Unsecured | 44.62 | 0.00 |
| 10. | Sallie Mae | Unsecured | 218.24 | 0.00 |
| 11. | Jefferson Capital Systems LLC | Unsecured | 16.00 | 0.00 |
| 12. | Premier Bankcard | Unsecured | 38.54 | 0.00 |
| 13. | Asset Acceptance | Unsecured | 35.48 | 0.00 |
| 14. | City Of Chicago Dept Of Revenue | Unsecured | 370.00 | 0.00 |
| 15. | Asset Acceptance | Unsecured | 58.62 | 0.00 |
| 16. | Alliance One | Unsecured | 9.90 | 0.00 |
| 17. | Asset Acceptance | Unsecured | 56.87 | 0.00 |
| 18. | Asset Acceptance | Unsecured | 9.11 | 0.00 |
| 19. | Asset Acceptance | Unsecured | 22.42 | 0.00 |
| 20. | Asset Acceptance | Unsecured | 40.08 | 0.00 |
| 21. | Jefferson Capital Systems LLC | Unsecured | 106.86 | 0.00 |
| 22. | Portfolio Recovery Associates | Unsecured | 39.35 | 0.00 |
| 23. | AFNI | Unsecured |  | No Claim Filed |
| 24. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 25. | Active Collection Services | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Washington-Howard , Malaika S | Case Number: 08 B 13079 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 8/26/08 | Filed: 5/22/08 |

| # | Creditor | Type | | Claim |
|---|---|---|---|---|
| 26. | Armor Systems Co | Unsecured | | No Claim Filed |
| 27. | Accounts Receivable Management | Unsecured | | No Claim Filed |
| 28. | Allgate Financial | Unsecured | | No Claim Filed |
| 29. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 30. | CAB Services | Unsecured | | No Claim Filed |
| 31. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 32. | Cda/Pontiac | Unsecured | | No Claim Filed |
| 33. | Cda/Pontiac | Unsecured | | No Claim Filed |
| 34. | I C Systems Inc | Unsecured | | No Claim Filed |
| 35. | Certified Recovery | Unsecured | | No Claim Filed |
| 36. | Comcast | Unsecured | | No Claim Filed |
| 37. | Accounts Receivable Management | Unsecured | | No Claim Filed |
| 38. | Credit Protection Association | Unsecured | | No Claim Filed |
| 39. | Credit Solutions Corporation | Unsecured | | No Claim Filed |
| 40. | Illinois Tollway | Unsecured | | No Claim Filed |
| 41. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 42. | Certified Recovery | Unsecured | | No Claim Filed |
| 43. | JJ Marshall & Assoc | Unsecured | | No Claim Filed |
| 44. | Heritage Christian Church | Unsecured | | No Claim Filed |
| 45. | KCA Financial Services | Unsecured | | No Claim Filed |
| 46. | KCA Financial Services | Unsecured | | No Claim Filed |
| 47. | Midland Credit Management | Unsecured | | No Claim Filed |
| 48. | Merchant Credit Guide | Unsecured | | No Claim Filed |
| 49. | Midstate Collection | Unsecured | | No Claim Filed |
| 50. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 51. | Millenium Financial | Unsecured | | No Claim Filed |
| 52. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 53. | National Recoveries Inc | Unsecured | | No Claim Filed |
| 54. | Professional Account Management | Unsecured | | No Claim Filed |
| 55. | Rickenbacker Group | Unsecured | | No Claim Filed |
| 56. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 57. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 58. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 59. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 60. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 61. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 62. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 63. | Armor Systems Co | Unsecured | | No Claim Filed |
| 64. | Verizon Wireless Midwest | Unsecured | | No Claim Filed |
| 65. | Social Security Administration | Unsecured | | No Claim Filed |
| 66. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 67. | Armor Systems Co | Unsecured | | No Claim Filed |
| 68. | University Of Phoenix | Unsecured | | No Claim Filed |
| | | | $ 1,964.37 | $ 0.00 |

TRUSTEE FEE DETAIL

Fee Rate          Total Fees

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Washington-Howard , Malaika S | Case Number: 08 B 13079 |
| | Judge: Wedoff, Eugene R |
| Printed: 8/26/08 | Filed: 5/22/08 |

_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

